

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-21-00107-CV |
|  | § | Appeal from the |
| I.M., L.C.M., AND K.I.S., | § | 65th District Court |
| MINOR CHILDREN. | § | of El Paso County, Texas |
|  | § | (TC# 2020DCM2352) |
|  | § |  |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was reversible error in the judgment. We therefore reverse the judgment of the court below and remand the cause for new trial, in accordance with this Court's opinion.

It has been determined that Appellant is indigent for purposes of appeal; therefore, this Court makes no other order with respect to the payment of costs on appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH OF SEPTEMBER, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.)(Sitting by assignment)